# United States District Court
# Northern District of Texas

Karen Mitchell, Clerk of Court
501 West Tenth Street, Room 310
Fort Worth, Texas 76102

May 28, 2009

United States District Court
District Clerk's Office
Eastern District of Texas/Sherman
101 E. Pecan
Sherman, TX 75090

SUBJECT:   Our Case 4:09-MJ-119 Your Case No. 4:06CR00136-001
           United States of America v. David Carl Harvey

Dear Clerk:

    Rule 32.1 papers on the above-named individual are being transmitted to your district. The enclosed documents constitute the instruments that were filed in this court. A certified copy of the docket sheet is also being forwarded.

    A copy of this letter and return envelope are enclosed for your convenience in acknowledging receipt of this file.

Sincerely,
KAREN MITCHELL
CLERK OF COURT

By: _____
         Deputy Clerk

Enclosures

---

Please acknowledge below receipt of the documents described above.

Date:_____        Clerk, U.S. District Court

By:_____
         Deputy Clerk